# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDACHE STEPTER,<br><br>    Plaintiff,<br><br>    v.<br><br>AVENAL STATE PRISON,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-cv-01637-MJS (PC)<br><br>ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT FORM WITHIN THIRTY DAYS<br><br>(ECF No. 4) |

On September 15, 2011, Plaintiff Jordache Stepter ("Plaintiff") filed a civil rights Complaint. (ECF No. 4.) However, Plaintiff failed to sign his Complaint. (Id.)

The Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a) ("[e]very pleading...must be signed...by a party personally if the party is unrepresented"). Accordingly, this Complaint shall be stricken from the record. Plaintiff will be given thirty days to file a signed complaint that complies with Federal Rule of Civil Procedure 8(a).[1]

///

///

---

[1] A complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ." Fed. R. Civ. P. 8(a)(2). Detailed factual allegations are not required, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." Ashcroft v. Iqbal, ___ U.S. ___, ___, 129 S.Ct. 1937, 1949 (2009) (citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007)). While a plaintiff's allegations are taken as true, courts "are not required to indulge unwarranted inferences." Doe I v. Wal-Mart Stores, Inc., 572 F.3d 677, 681 (9th Cir. 2009) (internal quotation marks and citation omitted). To state a viable claim for relief, Plaintiff must set forth factual allegations sufficient to state a plausible claim for relief. Iqbal, 129 S.Ct. at 1949-50; Moss v. U.S. Secret Service, 572 F.3d 962, 969 (9th Cir. 2009). The mere possibility of misconduct falls short of meeting this plausibility standard. Id.

1 | Plaintiff has thirty days to file a signed complaint that complies with Federal Rule of
2 | Civil Procedure 8(a).
3 | Accordingly, IT IS HEREBY ORDERED that:
4 | 1. Plaintiff's Complaint is stricken from the record for lack of signature;
5 | 2. Within **thirty (30) days** from the date of service of this Order, Plaintiff must
6 | file a signed complaint; and
7 | 3. **The failure to comply with this Order will result in dismissal of this**
8 | **action.**
9 |
10 | IT IS SO ORDERED.
11 | Dated:   October 2, 2011                            /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE